UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RENODE C. COLLINS (#313898)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 11-503-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 10, 2011 (doc. no. 11). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Baton Rouge, Louisiana, this 24th day of January, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA